**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6523**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD FLOYD JACKSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Chief District Judge.  (CR-90-254, CA-92-1794-4-2BC)

---

Submitted:  October 23, 1997        Decided:  November 14, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ronald Floyd Jackson, Appellant Pro Se.  William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and the order declining to reconsider the judgment. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and the order denying Appellant's post-judgment motion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Jackson</u>, Nos. CR-90-254; CA-92-1794-4-2BC (D.S.C. Oct. 1, 1996; Mar. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>